**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7885**

---

MARTIAL GASTON,

                                        Plaintiff - Appellant,

          versus

KATHLEEN GREEN, Warden,

                                        Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge.
(CA-01-2596-WMN)

---

Submitted:  February 14, 2002        Decided:  February 27, 2002

---

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Martial Gaston, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Martial Gaston appeals the district court's orders (1) denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint; and (2) denying his subsequent motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Gaston v. Green</u>, CA-01-2596-WMN (D. Md. Sept. 21 & Oct. 4, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2